OPINION — AG — ** OUSTER OF COURT CLERK — PROCEDURES AND METHODS ** THIS OPINION DEALS WITH THE PROCEDURE AND METHODS OF OUSTER OF COURT CLERKS AND OTHER COUNTY OFFICERS (THIS CASE HAPPENED AS A RESULT OF AN AUDIT OF COUNTY RECORDS AND A IRREGULARITY APPEARED.) (GRAND JURY REMOVAL OF OFFICER, VACANT, CRIMINAL PROSECUTION) CITE: OPINION NO. JUNE 7, 1952 — MORRIS, 51 O.S. 94 [51-94], 22 O.S. 1181 [22-1181], 22 O.S. 1194 [22-1194], 51 O.S. 8 [51-8], 12 O.S. 921 [12-921], 28 O.S. 38 [28-38], 22 O.S. 580 [22-580] 22 O.S. 581 [22-581] (JAMES P. GARRETT)